```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

HERITAGE CONSTRUCTORS, INC.,                            PLAINTIFF

    V.                    Civ. No. 06-2183

CITY OF GREENWOOD, ARKANSAS;
GARRY CAMPBELL, ROD POWELL,
DAVID PURIFOY, WAYNE LOWE,
DANIEL MCDANIEL, JERRY CARTER
and PAUL RUSH                                           DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' Motion for Summary Judgment (Doc. 18) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 18th day of January 2008.


                                      */s/ Robert T. Dawson*
                                      Honorable Robert T. Dawson
                                      United States District Judge